■    Town Board of the Town of Fallsburgh, Acting for and on Behalf of the Fallsburgh Park District of the Town of Fallsburgh, Respondent, v. National Surety Corporation et al., Appellants. National Surety Corporation, Third-Party Plaintiff-Appellant, v. Ivan Strauss et al., Doing Business as S & S Construction Company, et al., Third-Party Defendants-Appellants. — Order affirmed, on the opinion of Mr. Justice Cooke (53 Misc 2d 23) at Special Term, with costs to respondent. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur.